**JUDGE KOELTL**

2-752008
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

**'07 CIV 8188**

Plaintiff,

- against -

CIVIL COMPLAINT
IN ADMIRALTY

HAIER AMERICA TRADING, LLC,

Defendant.
-------------------------------------------------X



SEP 19 2007

U.S. S.D. N.Y.
CASHIERS

Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES,
INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE &
ASSOCIATES, as and for its Complaint against defendant HAIER AMERICA
TRADING, LLC, in personam, in a cause of action civil and maritime, alleges upon
information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of
Lading.

2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED
SHIPPING SERVICES, INC. was and still is a corporation duly organized and
existing under the laws of the State of Delaware with offices and a place of business
at 5801 Lake Wright Drive, Norfolk, VA 23502.

3. Upon information and belief and at all times hereinafter mentioned,
defendant had and now has the legal status and place of business as set forth in
Schedule A.

4. On or about the dates and at the ports of shipment stated in
Schedule A, certain goods were delivered to plaintiff to be carried to the ports of
destination and at the agreed charges to be paid by defendant pursuant to plaintiff's
public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $2,514.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $2,514.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
         September 17, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
    Albert J. Avallone - AA1679
    Attorneys for Plaintiff
    ZIM AMERICAN INTEGRATED
     SHIPPING SERVICES, INC.
    551 Fifth Avenue, Suite 1625
    New York, NY 10176
    (212) 696-1760

# SCHEDULE A

**I.** Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant HAIER AMERICA TRADING, LLC was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 1356 Broadway, New York, NY 10018.

II. Particulars:

1. Bill of Lading No. ZIMUORF138276, dated April 4, 2006, from Keasbey to Kingston via Elizabeth on the Vessel ZIM SHENZHEN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: TELEVISION SETS, at the applicable tariff and/or Service Contract rate of $2,514.00 (Exhibit A).

Amount Paid: $0                     Amount Due: $2,514.00

III. Total Amount Due: $2,514.00

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| IER AMERICA<br>56 BROADWAY, HAIER BLDG.<br>W YORK, NY 10016 | | 138276 |

| | EXPORT REFERENCES |
|---|---|
| | OUR REF:   601949 |

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No.                    FMC# 63 |
|---|---|
| D 2K ELECTRONICS LTD.<br>EASTWOOD PARK ROAD<br>NGSTON 10, JAMAICA | FORT FORWARDING, INC<br>50 BROAD STREET SUITE#701<br>NEW YORK, NY 10004 |

| | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY) |
|---|---|
| NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>RFY (NAME & ADDRESS) | KEASBY |

| | REMARKS / EXPORT OR OTHER INSTRUCTIONS |
|---|---|
| D 2K ELECTRONICS LTD.<br>EASTWOOD PARK ROAD<br>NGSTON 10, JAMAICA | |

FOR DEFINITION SEE CLAUSE 3 OVERLEAF •

| AL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS *<br>(IF CONTRACTED FOR)<br>KEASBEY | SEA WAYBILL •SERVICE CONTRACT NO. 610688• |
|---|---|---|
| DING VESSEL * | VOY. * PORT OF LOADING * | |
| 1 SHENZHEN   8/W | ELIZABETH, NJ | |
| T OF DESTINATION * | FINAL DESTINATION *<br>(IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |
| IGSTON | | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X 40' HIGH CUBE DOOR -TO- PIER<br>CONTAINER/S SLAC<br>457 CARTONS TELEVISION SETS<br>AES OPTION<br>NO SED REQUIRED-AES-OPT2<br>135533631-601949 | 12701KG<br>28000LB | |

518022-40'-SEAL#0010057 457 PCE 28000LBS/12701KGS/HC

NON-NEGOTIABLE

EXHIBIT "A"

COMMODITIES,TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT
ISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | TOTAL | PREPAID | COLLECT |
|---|---|---|---|---|---|
| IGHT PREPAID | FREIGHT | UNIT 2100.00 | 2100.00 | DL | |
| EIVED FOR SHIPMENT:03/30/2006 | BUNKER/FUEL | UNIT 250.00 | 250.00 | DL | |
| CY | INTERNATIONAL | UNIT 6.00 | 6.00 | DL | |
| PPERS/LOAD/COUNT/STOW | INTERMODAL | UNIT 158.00 | 158.00 | DL | |

AD VALOREM FREIGHT

| MERCHANT'S DECLARED VALUE OF GOODS:<br>If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23) | $US 2514.00 |
|---|---|

NOTE: Received in apparent good order and condition, unless otherwise stated herein, for shipment on board the means of transportation (vessel, truck, rail or air) as named herein, the goods or packages or containers said to contain goods specified herein for carriage from the port of loading named herein or place of receipt of goods as named herein, if contracted for, on a voyage as described and agreed to this Bill of Lading and discharge at the port of destination or final destination named herein, if contracted for such carriage discharge or delivery being always subject to the terms, exceptions, limitations, conditions and liberties hereof agreed.

In accepting this Bill of lading the Merchant expressly accepts and agrees to be bound by all the terms, stipulations, exceptions, limitations, liberties and conditions stated herein, whether written, printed, stamped or otherwise incorporated on the front and/or reverse side hereof as well as the provisions of the Carrier's published Tariff Rules, Regulations and schedules, without exceptions, as fully as if they were all signed by the Merchant, and the Carriers undertaking to carry the goods is made on the basis of the Merchant's acceptance and agreements as aforesaid.

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service (see Cl. J overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11 overleaf).

IN WITNESS whereof the Master or Agent of the said vessel has
signed the number of original Bills of Lading stated below. All of this
tenor and date. If this Bill of Lading is consigned to order, one shall
be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L |
|---|---|
| NORFOLK | ZERO |
| PLACE AND DATE OF ISSUE | |
| NORFOLK,VA  04/04/2006 | |

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

NON NEGOTIABLE