# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 8188

ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.,

                            Plaintiff,

-against-

HAIER AMERICA TRADING, LLC,

                            Defendant.

State Of New York, County of New York SS:

**JAMES CAGNEY**

Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21ST day of SEPTEMBER 2007, At: 9:55 AM

At: 1356 BROADWAY, NEW YORK, NEW YORK 10018

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **HAIER AMERICA TRADING, LLC**

## PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY

A limited liability company, by delivering thereat a true copy to **K. ARU (DIRECTOR)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BLONDE** App. Age: **39** App. Ht: **6'3"** App. Wt. **250**
Other identifying features:

JAMES CAGNEY 124-0081

Sworn to before me this
24TH day of SEPTEMBER, 2007

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008