UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

- against -

HAIER AMERICA TRADING, LLC,

                Defendant.
---------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2007

07 Civ. 8188 (KOELTL)

NOTICE AND ORDER
OF DISMISSAL
WITH PREJUDICE

RECEIVED NOV 20 2007 CHAMBERS OF JUDGE JOHN G. KOELTL

        PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P 41.

Dated: New York, New York
       November 20, 2007

                LAW OFFICES OF
                ALBERT J. AVALLONE & ASSOCIATES

                By _____
                Albert J. Avallone - AA1679
                Attorneys for Plaintiff
                ZIM AMERICAN INTEGRATED
                SHIPPING SERVICES, INC
                551 Fifth Avenue, Suite 1625
                New York, NY 10176
                (212) 696-1760

SO ORDERED:

_____
      U.S.D.J.

11/21/07